## Second Department, November, 1931.

Christian Andersen and Another, Respondents, v. Eva Kalisch, Herbert J. Callister and Others, Appellants.— Motion to dismiss appeal granted by default, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ.

Harvey J. Anderson, Respondent, v. A. H. Sickinger, Inc., and Others, Defendants; Francis A. Myers and Ellis A. Taylor, Appellants.— Motion to dismiss appeal denied upon condition that appellants perfect the appeal for the December term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ.

Giacomo Barbato and Another, Appellants, v. Rocco V. Ursino and Another, Respondents.— Motion to dismiss appeal granted by default, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ.

Patrick J. Corcoran, Respondent, v. Tompkins Bus Corporation, Appellant. — Motion for stay granted. Appeals are ordered placed at the foot of the calendar. Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ.

Anna Cutrona, Respondent, v. The Queens Bus Lines, Inc., Appellant.— Motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ.

Max Feld, Appellant, v. Louis I. Harris, Respondent.— Motion to dismiss appeal granted by default, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ.

Four Properties Realty Corporation, Appellant, v. David Elkind, Respondent.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the December term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ.

Hyman Goldberg and Abraham Garfinkel, Copartners, etc., Respondents, v. Fidelity and Deposit Company of Maryland, Appellant.— Motion for stay granted by default. Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ.

Sebastian Grassi, Appellant, v. Joseph F. Bough, Respondent.— Motion to dismiss appeal granted by default, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ.

Samuel Greenstein, Respondent, v. Anna Greenstein, Appellant.— Motion to dismiss appeal granted by default and appeal dismissed. Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ.

Laura Horowitz, Respondent, v. Morris Horowitz, Appellant.— Motion to dismiss appeal granted by default, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ.